**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Rebecca Gentile on Behalf of Herself and Others Similarly Situated v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.*,<br><br>**Civil Action No. OHS/2:19-cv-04174** | **MDL DOCKET NO. 2848** |

**DEFENDANTS MERCK & CO., INC. AND MERCK SHARP & DOHME CORP.'S
MOTION TO VACATE CONDITIONAL REMAND ORDER**

Pursuant to 28 U.S.C. § 1407 and Rule 10.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. (collectively, "Merck") hereby move to vacate the Conditional Remand Order filed in the above-referenced case and request oral argument on this motion. Merck has set forth the reasons for this motion in the accompanying memorandum.

Dated: March 19, 2020

Respectfully submitted,

/s/ Dino S. Sangiamo
Dino S. Sangiamo
Christopher J. Conoscenti
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
t. 410-244-7400
f. 410-244-7742
dssangiamo@venable.com
cjconoscenti@venable.com

ATTORNEYS FOR DEFENDANTS
MERCK & CO., INC. and MERCK SHARP & DOHME CORP.